UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE NAVY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 12-0172 (KBJ) |

## JOINT NOTICE OF SETTLEMENT

The parties jointly submit this Notice of Settlement and inform the Court that they have reached an agreement in principle to resolve this matter fully. The parties are working toward reducing this settlement agreement to writing and require additional time to do so. The parties request an extension of time until July 14, 2014 to execute the settlement agreement. The parties will inform the Court when they have executed the settlement agreement, and at that time, Plaintiff will move to dismiss this case.

Respectfully submitted,

By: */s/ Jason B. Aldrich*
Jason Aldrich, D.C. Bar No. 495488
Judicial Watch, Inc.
425 Third Street, S.W., Suite 800
Washington, D.C. 20024
(202) 646-5172

*Attorneys for Plaintiff*


RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

                                          By:  */s/ Shuchi Batra*
                                          Shuchi Batra
                                          Special Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C.  20530
                                          Tel:  (202) 252-2571
                                          Fax:  (202) 514-8780
                                          Shuchi.Batra@usdoj.gov

                                          *Attorneys for Defendant*

Dated:  June 23, 2014